## CHESTER J. RICHMOND *v.* JULIA A. RICHMOND (3560)

DUPONT, C. J., HULL and DALY, Js.

Argued April 29—decided April 29, 1986

*Peter W. Rotella,* with whom, on the brief, was *A. A. Washton,* for the appellant (defendant).

*Mary E. Holzworth,* with whom were *Kathleen R. Gravalec,* and, on the brief, *Francis J. Foley III,* for the appellee (plaintiff).

PER CURIAM. There is no error.